USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DANNELLE JOHNSON,                          :

    Plaintiff,                 :        Civil Action No. 07-3112

  -against-                        :        **SCHEDULING ORDER**

NEW YORK PRESBYTERIAN HEALTHCARE     :
SYSTEM, INC.,                              :

    Defendant.                :

---

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ.

P. 16(b) on August 29, 2007 (the "Order"); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed

scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by

the Order:

(1)  Date of Conference: **September 12, 2007 at 11:30 a.m.**

   Appearances:

   Adam C. Virant, Esq. (AV5429)   James S. Frank, Esq. (JF 5389)
                  Clare M. Sproule, Esq. (CS 1589)
   Counsel for Plaintiff       Counsel for Defendant

(2)  Plaintiff alleges that she was discriminated against based on her race, which is African-

American, and that Defendant created and allowed a racially hostile work environment towards

African-Americans.  Plaintiff further alleges that after complaining about discrimination

Defendant retaliated against her by terminating her employment.

   Defendant denies all of Plaintiff's allegations, and contends that Plaintiff was terminated

for legitimate non-discriminatory reasons.

(3)    Discovery

(a)    Plaintiff intends on deposing the following individuals:  Naomi Ramdin, Alicia *by 12/31/07*

Boniciano, Renata Brill, Denise Lloyd.  Plaintiff reserves the right to depose any additional

individual who may possess relevant information as discovery proceeds.  Defendant intends on

deposing Plaintiff within 15-30 days after Plaintiff's document production is complete.

Defendant reserves the right to depose any additional individual who may possess relevant

information as discovery proceeds.

(b)    All documents to be produced by:    ~~December 31, 2007.~~ *Oct 31* *4/28 - 10/31*

(c)    (i)    Plaintiff to provide her expert's report(s) by:  None.

Defendant to provide its expert's report(s) (if any) by:  ~~March 1, 2008.~~

(ii)    Each expert's depositions to be completed by:  ~~April 1, 2008.~~

(d)    All discovery to be completed by:  ~~April 30, 2008.~~  *JAN. 31, 2008*

(e)    Plaintiff's pre-trial order must be submitted by:  ~~May 30, 2008.~~

(f)    Parties must submit their pre-trial order to the Court with trial briefs and

proposed voir dire questions and proposed jury instructions

by:  ~~July 30, 2008.~~

(g)    Final pre-trial conference date pursuant to Fed. R. Civ. P. 16(d):

*2/12 at 4:30*

4.    Statement of any limitations to be placed on discovery, including any protective or

confidentiality orders: Unknown until document requests are served.  Defendant reserves the

right to require Plaintiff to enter into a confidentiality order to the extent that confidential or

proprietary documents, and/or confidential patient information, is requested, in order to satisfy

Defendant's obligations to protect confidential information pursuant to HIPAA.

5.      Statement of discovery issues which counsel were unable to reach an agreement:

        None.

6.      Anticipated fields of expert testimony, if any:        None.

7.      Anticipated length of jury trial:      3-4 days.

8.      This Scheduling Order may be altered or amended only on a showing of good cause not

foreseeable at the time of the conference when justice so requires.


_____        _____
Adam C. Virant (AV5429)                 James S. Frank, Esq. (JF 5389)
Karpf, Karpf & Virant                   Clare M. Sproule (CS 1589)
140 Broadway                            Epstein Becker & Green, P.C.
46th Floor                              250 Park Avenue
New York, NY 10005                      New York, NY 10177
(212) 929-6030                          (212) 3512-4500

Attorneys for Plaintiff                 Attorneys for Defendant


SO ORDERED:

_____
SHIRA A. SCHEINDLIN, U.S.D.J.        9/12/07