UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

DANELLE JOHNSON,

                Plaintiff,

- against -

NEW YORK PRESBYTERIAN
HEALTHCARE SYSTEM, INC., et al.,

                Defendants.
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/08

**ORDER OF DISMISSAL**

07 Civ. 3112 (SAS)

       The parties having notified the Court that they have nearly reached a resolution of this action,

       IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for any party may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            February 15, 2008

## - Appearances -

**For Plaintiff:**

Adam Charles Virant, Esq.
Karpf, Karpf & Virant
140 Broadway, 46th Floor
New York, NY 10005
(212) 929-6030

**For Defendants:**

James Stuart Frank, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4500